O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SHAWN MCGOWAN,<br><br>          Petitioner,<br><br>     v.<br><br>COURT,<br><br>          Respondent. | Case No. 2:21-cv-07218-JGB-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 4).  No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed.  The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Petition with prejudice to Petitioner filing a second or successive habeas petition under 28 U.S.C. § 2254 (absent authorization from the Ninth Circuit Court of Appeals), but without prejudice to Petitioner raising his claim under Proposition 57 in a civil rights action.

DATED:  November 4, 2021

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE