O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SHAWN MCGOWAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>COURT,<br><br>　　　　Respondent. | Case No. 2:21-cv-07218-JGB-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice to Petitioner filing a second or successive habeas petition under 28 U.S.C. § 2254 (absent authorization from the Ninth Circuit Court of Appeals), but without prejudice to Petitioner raising his claim under Proposition 57 in a civil rights action.

DATED: November 4, 2021

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE